IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

HERSCHEL JAMES            :
                          :
          v.              :
                          :
COLIN P. BOGGS            :
WERNER ENTERPRISES, INC.  :

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE:

Defendant, Colin Boggs, by and through his attorneys, Rawle and Henderson, LLP, respectfully aver as follows:

1. Plaintiff commenced a civil action against defendants in the Superior Court of Delaware in and for New Castle County on or around February 11, 2008. See Complaint attached as Exhibit "A."

2. The Complaint, being the original process in this case, was first received by defendant, Colin Boggs, no earlier than March 31, 2008. (*See attached Notice of Service of Process and confirmation of service attached as Exhibit "B"*) Thus, this Notice of Removal is filed within the time provided by 28 U.S.C. §1446(b) and F.R.C.P. 5.

3. This action satisfies the requirements for removal within the meaning of 28 U.S.C. §1332 in that:

   a) Plaintiff and Defendants' citizenships are diverse;

      1) Plaintiff is a resident and citizen of the State of Delaware. According to the Complaint, Plaintiff resides in New Castle County, Delaware;

      2) Defendants are citizens of states other than Delaware. Defendant, Werner Enterprises, Inc., is a corporation incorporated under the laws of the State of Nebraska with its principal place of business located in Omaha, Nebraska; and,

2380243-1

      3)    Defendant Colin Boggs is a resident of the Oklahoma and resides in Lamont, Oklahoma; and,

      b)    The amount in controversy exceeds $75,000.00, exclusive of interest and costs.

4.    In the Complaint, Plaintiff alleged that as a result of the motor vehicle accident at issue in this lawsuit, he "suffered severe and disabling and painful physical injuries, required medical attention and has been deprived of the pursuit of life's pleasures all or some of which may be permanent." See Exhibit "A" at ¶7.

5.    Additionally, a fair reading of the records provided by plaintiff reveal that plaintiff is claiming permanent injuries to the neck and back, including alleged cervical herniations and an alleged annular tear in the lumbar spine. See records attached as Exhibit "C."

6.    Therefore, a fair reading of the Complaint, along with the known injuries and damages, indicates that an amount in excess of $75,000 is at controversy in this case.

7.    The undersigned counsel also represents Defendant Werner Enterprises, Inc. and it has consented to the removal of this action.

WHEREFORE, defendant, Colin Boggs requests that the above action now pending against him in the Superior Court of Delaware in and for New Castle County, be removed therefrom to this Honorable Court.

                              RAWLE & HENDERSON LLP

By: _____
Gary F. Seitz
300 Delaware Avenue, Ste. 1015
Wilmington, DE 19801
(302) 778-1200
Attorneys for defendants, Colin Boggs and Werner Enterprises, Inc.

2380243-1

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the within-captioned Notice of Removal Pursuant to 28 U.S.C. §1446(d) was served via first-class mail, postage prepaid, on counsel for plaintiff listed below:

> Kenneth F. Carmine, Esquire
> 840 North Union Street
> P.O. Box 30409
> Wilmington, DE 19805

RAWLE & HENDERSON LLP

_____
Gary F. Seitz

Dated: April 21, 2008

2380243-1

EXHIBIT A

EFiled: Feb 11 2008 2:50P
Transaction ID 18548284
Case No. 08C-02-092 JEB

## SUPERIOR COURT CIVIL CASE INFORMATION STATEMENT (CIS)

COUNTY: N  K  S    CIVIL ACTION NUMBER: _____

CIVIL CASE CODE: __CPIA__ CIVIL CASE TYPE: **Civil Personal Injury Auto**
(SEE REVERSE SIDE FOR CODE AND TYPE)

| CAPTION: | NAME AND STATUS OF PARTY FILING DOCUMENT: |
|---|---|
| HERSCHEL JAMES,<br><br>        Plaintiff,<br><br>v.<br><br>COLIN P. BOGGS and WERNER ENTERPRISES, INC., a Delaware Corporation<br><br>        Defendant. | Plaintiff, Herschel James<br><br>DOCUMENT TYPE: (E.G., COMPLAINT; ANSWER WITH COUNTERCLAIM)<br><br>**Complaint and Answers to Form 30 Interrogatories**<br>NON-ARBITRATION _____ e-File __X__<br>(CERTIFICATES OF VALUE MAY BE REQUIRED)<br><br>Arbitration _X_ Mediation ___ Neutral Assessment ___<br><br>Defendant (Circle One) ACCEPT  REJECT<br><br>JURY DEMAND  YES __X__  NO _____<br><br>TRACK ASSIGNMENT REQUESTED: (CIRCLE ONE)<br><br>**EXPEDITED  STANDARD  COMPLEX** |
| ATTORNEY NAME(S):<br><br>Kenneth F. Carmine, Esquire<br><br>ATTORNEY I.D.(s) 299<br><br>FIRM NAME: Potter, Carmine & Associates, P.A.<br><br>ADDRESS:  840 North Union Street<br>          P.O. Box 30409<br>          Wilmington, DE 19805-7409<br><br>TELEPHONE NUMBER: (302) 658-8940<br><br>FAX NUMBER: (302) 654-8377<br><br>E-MAIL ADDRESS: | IDENTIFY ANY RELATED CASES NOW PENDING IN THE SUPERIOR COURT BY CAPTION AND CIVIL ACTION NUMBER INCLUDING JUDGE'S INITIALS<br><br><br><br>EXPLAIN THE RELATIONSHIP(S):<br><br><br><br>OTHER UNUSUAL ISSUES THAT EFFECT CASE MANAGEMENT:<br><br><br><br>(IF ADDITIONAL SPACE IS NEEDED, PLEASE ATTACH PAGES) |

THE PROTHONOTARY WILL NOT PROCESS THE COMPLAINT, ANSWER OR FIRST RESPONSIVE PLEADING IN THIS MATTER FOR SERVICE UNTIL THE CASE INFORMATION STATEMENT (CIS) IS FILED. THE FAILURE TO FILE THE CIS AND TO HAVE THE PLEADING PROCESSED FOR SERVICE MAY RESULT IN THE DISMISSAL OF THE COMPLAINT OR MAY RESULT IN THE ANSWER OR FIRST RESPONSIVE PLEADING BEING STRICKEN.

Revised 9/2003

EFiled: Feb 11 2008 2:50
Transaction ID 18548284
Case No. 08C-02-092 JEB

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| HERSCHEL JAMES, ) | |
| Plaintiff, ) | |
| ) | C. A. No. |
| v. ) | ARBITRATION MATTER |
| ) | |
| COLIN P. BOGGS and WERNER ) | TRIAL BY JURY OF |
| ENTERPRISES, INC., a Delaware ) | TWELVE DEMANDED |
| Corporation, ) | |
| ) | |
| Defendants. ) | |

## COMPLAINT

1. Plaintiff is an individual residing in New Castle County, State of Delaware.

2. Defendant, Colin P. Boggs, is an individual residing at 311 S. Old Main, Lamont, OK 74643. Service of process may be made upon Defendant by serving the Secretary of State pursuant to Title 10 Del. C.§3112.

3. Defendant, Werner Enterprises, Inc., is a corporation doing business in the State of Delaware. Service of process may be made upon Defendant by serving its registered agent at National Registered Agents, Inc., 160 Greentree Drive, Suite 101, Dover, DE 19904.

4. On or about April 5, 2006, Plaintiff was operating a school bus and stopped in traffic on eastbound Route 273 in the left lane, New Castle County, State of Delaware.

5. At said time, a vehicle operated by Defendant, Colin P. Boggs, was traveling eastbound on Route 273 in the left lane. Defendant, Colin P. Boggs failed to maintain control of his vehicle and struck the rear of Plaintiff's vehicle.

6. Colin P. Boggs was negligent in that he:

    (a) operated his vehicle at a speed greater than that which was reasonably prudent in violation of 21 Del. C.§4168(a);

    (b) failed to leave a safe and reasonable distance between his motor vehicle and plaintiff's vehicle in violation of 21 Del. C.§4123(c);

(c) operated his motor vehicle in a careless and/or imprudent manner in violation of 21 Del. C. §4176(a);

(d) failed to devote full time and attention to the operation of his motor vehicle in violation of 21 Del. C. §4176(b);

(e) failed to maintain a proper lookout while operating his motor vehicle in violation of 21 Del. C. §4176(b);

(f) failed to maintain his vehicle under proper control;

(g) failed to maintain a proper lookout;

(h) operated his vehicle in an inattentive manner;

(i) operated his vehicle at a speed greater than that which was reasonable and prudent under the conditions then existing;

(j) followed another vehicle more closely than was reasonable and prudent and in violation of 21 Del. C. §4123;

(k) failed to give full time and attention to the operation of his vehicle.

7. As a direct a proximate result of the negligence of the aforesaid Defendant, Colin P. Boggs, Plaintiff suffered severe and disabling and painful physical injuries, required medical attention and has been deprived of the pursuit of life's pleasures all or some of which may be permanent.

8. On information and belief at all times pertinent hereto Defendant, Colin P. Boggs, was operating the motor vehicle in the scope and course of his employment and as the agent and employee of Defendant, Werner Enterprises, Inc. and Colin P. Boggs' negligence is imputed to Defendant, Werner Enterprises, Inc. under the doctrine of respondeat superior.

9. At all times pertinent hereto the vehicle operated by Defendant, Colin P. Boggs, was registered to Defendant, Werner Enterprises, Inc., which authorized and entrusted the use of the vehicle to Defendant, Colin P. Boggs.

WHEREFORE, Plaintiff demands judgement against Defendants jointly and severally in an amount sufficient to compensate him for pain, suffering, general damages, special damages, interest and court costs.

POTTER, CARMINE & ASSOCIATES, P.A.

/s/Kenneth F. Carmine
Kenneth F. Carmine, Esquire  (I.D. No.: 299)
840 North Union Street
P.O. Box 30409
Wilmington, DE 19805-7409
(302) 658-8940
    Attorney for Plaintiff

Dated: February 11, 2008

EXHIBIT B

LAW OFFICES
POTTER, CARMINE & ASSOCIATES, P.A.
840 N. UNION STREET
P.O. BOX 30409
WILMINGTON, DELAWARE 19805-7409

Via Registered Mail Return Receipt
Mr. Colin P. Boggs
311 S. Old Main
Lamont, OK 74643

**Receipt for Registered Mail**
PS Form 3806, May 2004 (7530-02-000-9051)
Copy 1 - Customer
(See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®

Registered No. RA 006 711 049 US

To Be Completed By Post Office
- Reg. Fee: 10.00
- Handling Charge:
- Postage:
- Received by: 1.31
- Return Receipt: 2.15
- Restricted Delivery

To Be Completed By Customer
(Please Print)
All Entries Must Be In Ballpoint or Typed
- Customer Must Declare Full Value $ 10.00
- [X] Without Postal Insurance
- [ ] With Postal Insurance

FROM / TO

OFFICIAL USE

Date Stamp: WILMINGTON MAR 19 08



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **RA01 6111 049U S**
Status: **Delivered**

Your item was delivered at 3:49 PM on March 31, 2008 in LAMONT, OK 74643.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

| Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts |

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

EXHIBIT C

LAW OFFICES
## POTTER, CARMINE & AARONSON, P.A.

STEPHEN B. POTTER   KENNETH F. CARMINE   JENNIFER-KATE AARONSON
spotter@pottercarmine.com : kcarmine@pottercarmine.com : jkaaronson@pottercarmine.com

November 15, 2007

*259799*
*4-5-06*
*BOGGS*
*ELT*
*D*

Ehren Tiedje
Werner Enterprises
Risk Department
P.O. Box 45308
Omaha, NE 68145

*DEC 03 2007 PAC*

RE:   Your Insured: Werner Enterprises
      My Client: Herschel James
      Your Claim No.: 259799

Dear Ehren:

The purpose of this letter is to propose settlement of this claim. I am enclosing herewith for your review medical records as follows:

1. Concentra Medical;
2. Morris Peterzell, M.D.; and
3. Charles Mauriello, D.O.

As you can see among those records is Dr. Mauriello's narrative report regarding Mr. James' permanent neck and low back injuries. The workers compensation carrier has paid Mr. James total disability benefits, permanent impairment (Agreements enclosed) and medical bills as has the no-fault carrier. To this day, Mr. James continues to suffer from his injuries. He was able to return to work in September of this year as a school bus driver.

Mr. James is 33 years of age and was not only a school bus driver, but an accomplished professional bowler with a statistical life expectancy of 36 years. Throughout those remaining years of his life, he can expect to continue because of permanent back and neck condition to experience pain particularly in his low back. He has been unable to effectively pursue his bowling career. He used to be very successful in connection with tournaments which he would enter in the area with substantial prize money.

In view of Mr. James' permanent injury and the fact that he was asymptomatic before this accident, we hereby demand the sum of $62,500.00 plus the worker's compensation lien to settle this matter.

Very truly yours,

Kenneth F. Carmine

KFC/mlc
Enclosure

GLASGOW/BEAR OFFICE
1400 PEOPLES PLAZA, SUITE 101
NEWARK, DELAWARE 19702
TELEPHONE: 302 832 6000
TELECOPIER: 302 832 6008

ALL CORRESPONDENCE TO
840 N. UNION STREET
P.O. BOX 514
WILMINGTON, DELAWARE 19899
TELEPHONE: 302 658 8940   TELECOPIER: 302 654 8377
E-MAIL: PCA@POTTERCARMINE.COM

SMYRNA OFFICE
231 N. NEW STREET
SMYRNA, DELAWARE 19977
TELEPHONE: 302 389 0000
TELECOPIER: 302 389 0005

Nov-27-2007 02:30pm  From-                                T-639  P.003/004  F-627



11/26/07
Page 2

**All Payments**
**HERSCHEL JAMES - W890612750**
Total Payments: $37,238.18
Payments made 04/05/06 up to 11/26/07

Indemnity    $12,147.86                                    $12,147.86

Tax ID: 000000000

| Payee Name | Check Issue Date | Pay Start Date | Pay End Date | Payment Amount |
|---|---|---|---|---|
| POTTER CARMINE & AARONSON | 06/15/07 12:00 AM | 06/15/07 | 06/15/07 | ~~$?0.00~~ |
| POTTER CARMINE & AARONSON | 07/16/07 12:00 AM | 06/28/07 | 06/28/07 | ~~$?50~~ |
| HERSCHEL JAMES & | 11/01/07 12:00 AM | 11/01/07 | 11/01/07 | $10,080.36 |

Nov-27-2007 02:30pm From-          T-639 P.004/004 F-627



**THE PMA INSURANCE GROUP**

**All Payments**

11/26/07
Page 3

**HERSCHEL JAMES - W890612750**

Total Payments: $37,238.18

Payments made 04/05/06 up to 11/26/07

Medical    $17,606.22

$1,643.15

Tax ID: 510376661    OCCUPATIONAL HEALTH CENTERS OF DELAWARE PA

| Payee Name | Check Issue Date | Pay Start Date | Pay End Date | Payment Amount |
|---|---|---|---|---|
| | 09/14/06 12:00 AM | 04/07/06 | 04/07/06 | 0.00 |
| | 09/14/06 12:00 AM | 04/05/06 | 04/05/06 | 0.00 |
| | 09/19/06 12:00 AM | 04/07/06 | 04/07/06 | 0.00 |
| | 09/19/06 12:00 AM | 04/05/06 | 04/07/06 | 0.00 |
| | 09/19/06 12:00 AM | 04/05/06 | 04/21/06 | 681.79 |
| OCCUPATIONAL HEALTH | 09/19/06 12:00 AM | 04/19/06 | 04/19/06 | 85.41 |
| OCCUPATIONAL HEALTH | 09/19/06 12:00 AM | 04/19/06 | 04/21/06 | 207.84 |
| OCCUPATIONAL HEALTH | 09/19/06 12:00 AM | 04/12/06 | 04/12/06 | 301.47 |
| OCCUPATIONAL HEALTH | 09/19/06 12:00 AM | 04/11/06 | 04/12/06 | 366.64 |
| OCCUPATIONAL HEALTH | 09/28/06 12:00 AM | 04/10/06 | 04/12/06 | 0.00 |

$15,049.52

Tax ID: 030428310    PLAZA MEDICAL

| Payee Name | Check Issue Date | Pay Start Date | Pay End Date | Payment Amount |
|---|---|---|---|---|
| | 12/08/06 12:00 AM | 04/24/06 | 09/11/06 | 0.00 |
| | 01/22/07 12:00 AM | 04/24/06 | 10/03/06 | 11,294.93 |
| PLAZA MEDICAL | 02/15/07 12:00 AM | 04/24/06 | 08/15/06 | 0.00 |
| | 02/20/07 12:00 AM | 08/21/06 | 12/18/06 | 1,705.31 |
| PLAZA MEDICAL | 04/12/07 12:00 AM | 01/22/07 | 02/26/07 | 615.08 |
| PLAZA MEDICAL | 07/31/07 12:00 AM | 03/29/07 | 03/29/07 | 338.55 |
| PLAZA MEDICAL | 07/31/07 12:00 AM | 11/27/06 | 11/27/06 | 238.55 |
| PLAZA MEDICAL | 07/31/07 12:00 AM | 10/16/06 | 10/16/06 | 220.00 |
| PLAZA MEDICAL | 07/31/07 12:00 AM | 01/08/07 | 01/08/07 | 298.55 |
| PLAZA MEDICAL | 08/13/07 12:00 AM | 03/21/07 | 03/21/07 | 338.55 |

$338.55

Tax ID: 030428310    PLAZA MEDICAL ASSOCIATES 3242

| Payee Name | Check Issue Date | Pay Start Date | Pay End Date | Payment Amount |
|---|---|---|---|---|
| PLAZA MEDICAL | 07/31/07 12:00 AM | 03/30/07 | 03/30/07 | 338.55 |

$575.00

Tax ID: 521864071    MED EVAL INC

| Payee Name | Check Issue Date | Pay Start Date | Pay End Date | Payment Amount |
|---|---|---|---|---|
| MED EVAL INC | 12/19/06 12:00 AM | 04/18/06 | 04/18/06 | 575.00 |

William H. Hartz, M.D.
*Medical Director*

# DELAWARE OPEN MRI

:ven L. Edell, D.O., F.A.C.R.
*Administrative Director*

Kenneth E. Brumberger, M.D.
Michael R. Clair, M.D.
Judith Wolfstein, M.D.
Jonathan Gusdorff, D.O.
Orest Boyko, M.D., Ph.D.

PATIENT NAME / PATIENT PHONE
**HERSCHEL JAMES**
(302)764-8992

ACCOUNT NO
508003250

AGE/SEX
31/M

MEDICAL RECORD NUMBER
222548145

AT THE REQUEST OF
MORRIS PETERZELL M.D.
1600 WASHINGTON STREET
SECOND FLOOR, SUITE 200
WILMINGTON, DE 19802

DATE OF BIRTH
08/16/1974

DATE OF EXAM
07/28/2006

**MAGNETIC RESONANCE IMAGING:  CERVICAL SPINE**

**CLINICAL HISTORY:** Status-post injury with pain

**INTERPRETATION:** Sagittal T1 and T2, and axial and sagittal gradient echo T2 weighted images were obtained of the cervical spine. There are no prior studies for comparison.

ie cervical alignment is maintained. Vertebral body height is maintained. Mild multilevel degenerative joint disease is demonstrated. The cord is somewhat suboptimally visualized, but is grossly unremarkable and there is no cord impingement. The cerebellar tonsils are normal in position.

At C2-3, mild bilateral disc bulges with endplate osteophyte formation is demonstrated with no significant stenosis. At C3-4, there is mild spondylotic disc bulge with superimposed left side disc herniation and mild uncovertebral hypertrophy resulting in canal stenosis more on the left with no definite cord impingement. The foramina are patent.

At C4-5, there is spondylotic disc bulge with superimposed small central disc herniation and uncovertebral hypertrophy resulting in moderate canal stenosis with no cord impingement and there is mild bilateral foraminal narrowing.

At C5-6, there is mild spondylotic disc bulge with superimposed small central disc herniation resulting in canal stenosis with no cord impingement. The foramina are patent. At C6-7, there is minimal spondylotic disc bulge and mild uncovertebral hypertrophy with no significant stenosis. The C7-T1 level is unremarkable.

H 42 Omega Drive
Newark, DE 19713
(302) 738-1700 • Fax (302) 738-0100

3211-A Concord Pike
Wilmington, DE 19803
(302) 479-5400 • Fax (302) 479-5905

374 East Main Street
Middletown, DE 19709
(302) 449-2300 • Fax (302) 449-2409

Patient: HERSCHEL JAMES
Exam Date: 07/28/2006
Ref Doctor: MORRIS PETERZELL M.D.
Account #: 508003250

Continued: Page 2 of 2

**MAGNETIC RESONANCE IMAGING: CERVICAL SPINE**

**IMPRESSION:** MRI of the cervical spine demonstrates multilevel mild degenerative disc disease with disc bulging and spondylotic changes and stenosis as detailed above. There is superimposed left side disc herniation at C3-4 and small central disc herniation at C4-5 and C5-6 as detailed above. There is no evidence of cord impingement.

Sincerely,

Michael R. Clair, M.D.
MC/JW:PTN #402881
DD: 7/28/06 @ 10:07 AM

<u>Dictated in conjunction with Judith Wolfstein, MD</u>



H 42 Omega Drive
Newark, DE 19713
(302) 738-1700 • Fax (302) 738-0100

3211-A Concord Pike
Wilmington, DE 19803
(302) 479-5400 • Fax (302) 479-5905

374 East Main Street
Middletown, DE 19709
(302) 449-2300 • Fax (302) 449-2409

NAME **JAMES, HERSCHEL**
PATIENT'S HOME PHONE (302) 7648992

| | |
|---|---|
| DOB | 8/16/1974 |
| EXAM DATE | 4/18/2006 |
| MRN# | 2300348 |
| ORDER # | 3995512 |

FREDERICK WILLIAMS M.D.
4110 STANTON-OGLETOWN ROAD
NEWARK, DE 19713

**Verified**

## AMERICAN RADIOLOGY SERVICES at NEWARK 302-999-0774

EXAM DATE: 4/18/2006

MAGNETIC RESONANCE IMAGING OF THE LUMBAR SPINE WITHOUT CONTRAST

INDICATION: History of motor vehicle accident. Prolonged pain. Has a questionable defect of T11 on x-ray.

TECHNIQUE: Sagittal T1 and T2 spin-echo, sagittal STIR, coronal T2 spin-echo, axial T1 and T2 spin-echo images were obtained without contrast on a 1.5 Tesla high-field MRI scanner.

FINDINGS: The lumbar vertebral bodies are intact. No compression fracture or marrow edema is seen.

L2-3 disc space is moderately narrowed and associated with mild disc bulging but no focal disc herniation. No significant spinal stenosis is noted.

L5-S1 disc also shows a mild degenerative disc disease and minimal disc bulging without focal disc herniation. Linear bright T2 signal is seen at the posterior margin of the midline disc consistent with a small annular tear. There is no neural foraminal narrowing or nerve root impingement.

All other lumbar disc spaces are normally preserved.

IMPRESSION:

1. No occult fracture or lumbar spine disc herniation identified.
2. Mild degenerative disease at L2-3 and L5-S1 levels. Incidental finding of annular tear at L5-S1.

MAGNETIC RESONANCE IMAGING OF THE THORACIC SPINE WITHOUT CONTRAST

TECHNIQUE: Sagittal T1 and T2 spin-echo images and double slab axial T2 spin-echo images were obtained

REFERRED BY: FREDERICK WILLIAMS M.D.
REPORTED BY: SUNGKEE S. AHN, MD

04/19/2006  11:07   3029991639             A                              PAGE  02/05
04/19/06 07:54 American Radiology Services, Inc.          Page 2 of 2 #2045311

NAME **JAMES, HERSCHEL**
PATIENT'S HOME PHONE   (302) 7648992

| | |
|---|---|
| DOB | 8/16/1974 |
| EXAM DATE | 4/18/2006 |
| MRN# | 2300348 |
| ORDER # | 3995512 |

FREDERICK WILLIAMS M.D.
4110 STANTON-OGLETOWN ROAD
NEWARK, DE 19713

**Verified**

### AMERICAN RADIOLOGY SERVICES at NEWARK 302-999-0774

through the length of the thoracic spine.

FINDINGS: The thoracic vertebral bodies are intact. No wedge deformity or abnormal marrow signal is seen. Vertebral cortical margin and end plates appears well preserved including the clinically questioned T11 vertebra. There is no surrounding paravertebral soft tissue swelling around T11.

Thoracic disc spaces are also normally preserved without evidence of disc herniation. No significant thecal sac indentation is seen. Thoracic spinal cord is normal caliber without evidence of syrinx.

IMPRESSION:

1. Thoracic vertebral bodies including T11 appear intact without occult compression fracture or abnormal marrow edema.
2. No thoracic disc herniation is demonstrated.

SA:lb
Confidentiality Notice: This document contains confidential information belonging to the sender, which may be legally privileged information. This information is intended for use only by the individual named. If you are not the intended recipient, you are hereby notified that any disclosure of the contents in this document is strictly prohibited. If you have received this document in error, please telephone us immediately.

4-19

REFERRED BY: FREDERICK WILLIAMS M.D.
REPORTED BY: SUNGKEE S. AHN, MD

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I.(a) PLAINTIFFS
Herschel James

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Kenneth F. Carmine, Esquire
840 North Union Street
Wilmington, DE 19805
302-658-8940

## DEFENDANTS
Colin P. Boggs and Werner Enterprises, Inc.

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**
(IN U.S. PLAINTIFF CASES ONLY):
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**ATTORNEYS (IF KNOWN)** Gary Seitz, Esq.
Rawle & Henderson, LLP
300 Delaware Avenue, Ste. 1015, Wilmington, DE 19801
(302) 778-1200

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1. U.S. Government Plaintiff
- ☐ 3. Federal Question (U.S. Government Not a Party)
- ☐ 2. U.S. Government Defendant
- ☒ 4. Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
For diversity cases only (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated or Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

### CONTRACT
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Exc. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholder's Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability

### TORTS
**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employer's Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☒ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**PERSONAL INJURY**
- ☐ 362 Personal Injury-- Med Malpractice
- ☐ 365 Personal Injury-- Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

### REAL PROPERTY
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

### CIVIL RIGHTS
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

### PRISONER PETITIONS
- ☐ 510 Motions to Vacate Sentence

**HABEAS CORPUS:**
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights

### FORFEITURE/PENALTY
- ☐ 610 Agriculture
- ☐ 620 Other Food&Drug
- ☐ 625 Drug Related Seizure of Property 21, USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs
- ☐ Occupational Safety/Health

### LABOR
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

### BANKRUPTCY
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

### SOCIAL SECURITY
- ☐ 861 HIA (1395FF)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RIS (405(g))

### FEDERAL TAX SUITS
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS – Third Party 26 USC 7609

### OTHER STATUTES
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATURE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
28 U.S.C. §§ 1332 & 1446 (d).

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY
(See Instructions):
JUDGE _____ DOCKET NUMBER _____

DATE: April 21, 2008     SIGNATURE OF ATTORNEY OF RECORD  /s/

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT $ _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____