IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

HERSCHEL JAMES,
    Plaintiff,

    v.

COLIN P. BOGGS and
WERNER ENTERPRISES, INC.,
    Defendants.

Civil Action No. 1:08-cv-228

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Dawn L. Jennings, Esquire to represent the defendants, Colin P. Boggs and Werner Enterprises, Inc. in the above action.

RAWLE & HENDERSON LLP

By: _____
Gary F. Seitz
Rawle & Henderson LLP
300 Delaware Avenue, Suite 1015
Wilmington, DE 19801
302-778-1200
gseitz@rawle.com
Attorneys for Defendants
Colin P. Boggs and
Werner Enterprises, Inc.

DATED: 6-30-08

## ORDER

It is hereby ORDERED counsel's motion for admission pro hac vice is granted.

_____
J.

DATED: _____

2412549-1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion and Order for Admission Pro Hac Vice was served upon the below-listed counsel of record this 30th day of June, 2008, by First Class U.S. Mail, postage prepaid:

> Kenneth F. Carmine, Esquire
> Potter, Carmine & Associates, P.A.
> 840 North Union Street
> P.O. Box 30409
> Wilmington, DE 19805-7409
> **Attorneys for Plaintiff**

RAWLE & HENDERSON LLP

By: _____
Gary F. Seitz
Rawle & Henderson LLP
300 Delaware Avenue, Suite 1015
Wilmington, DE 19801
302-778-1200
gseitz@rawle.com
Attorneys for Defendants
Colin P. Boggs and
Werner Enterprises, Inc.

1069235 v.1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

HERSCHEL JAMES,
    Plaintiff,

v.

COLIN P. BOGGS and
WERNER ENTERPRISES, INC.,
    Defendants.

Civil Action No. 1:08-cv-228

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Pennsylvania and the State of New Jersey, as well as U.S. District Courts for New Jersey, Eastern District of Pennsylvania, Middle District of Pennsylvania and U.S. Court of Appeals for 3d Circuit and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

RAWLE & HENDERSON LLP

By: _____
Dawn L. Jennings
Rawle & Henderson, LLP
The Widener Building
One South Penn Square
Philadelphia, PA 19107
(215) 575-4200

DATED: 6-30-08

1069235 v.1